**UNITED STATES DISTRICT COURT** **DISTRICT OF RHODE ISLAND**

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
~~By and Through Its Chapter 7 Trustee~~
James R. Marshall

*versus*

Leslie J. Drake, M.D.

**CIVIL ACTION NUMBER**

MISC 05 -149 ML

**ABSTRACT OF JUDGMENT**

| | |
|---|---|
| **Date Judgment Entered:** | 1/28/2004 |
| **Judgment in Favor of:** | Jerry L. Sewell |
| **Judgment Against:** | Leslie J. Drake, M.D. |
| **Amount of Judgment:** | $ 5088.14 |
| **Amount of Costs:** | $ |
| **Rate of Interest:** | 1.22% |
| **Amount of Credits Since Judgment:** | $ |
| **Amount Due:** | $ 5088.14 |

**The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the District of Rhode Island, in the above-captioned case.**

**, Clerk**

**DATED:** 11-17-05 **By:** [signature]
**Deputy Clerk**